DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN T. KENNEDY,**
Appellant,

v.

**ALISON KENNEDY,**
Appellee.

No. 4D2025-0452

[November 20, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Darren D. Shull, Judge; L.T. Case No. 50-2002-DR-001829-XXXX-MB-FA.

John T. Kennedy, Porto Alegre, Brazil, pro se.

Jeffrey J. Begens of Law offices of Jeffrey Begens, P.A., Loxahatchee, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***